557 A.2d 1063

**Nan S. SMOLOW (appellant at no. 40) and Kim Verrichia (appellant at no. 49), individually and on behalf of all other persons similarly situated, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE and David L. Donahoe, Secretary of the Department of Revenue.**

Supreme Court of Pennsylvania.

Argued May 4, 1989.

Decided May 10, 1989.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Orders affirmed.

LARSEN, J., dissents.